UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wells Fargo Bank N.A.,

          Plaintiff,          Civil No. 07-2583 (RHK/AJB)

vs.                                **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Thomas D. Vanek, Marla J. Vanek,
State Bank of Rogers, a Minnesota
corporation, United States of America,
Department of Treasury, Internal Revenue
Service, John Doe, Mary Roe,

          Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 6, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge